# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ian Hurt, Special Agent with Homeland Security Investigations, being duly sworn, depose and state under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1. I have held the position of Special Agent (SA) with Homeland Security Investigations (HSI) since September of 2025. Prior to being a SA with HSI, I was a Special Agent with the United States Secret Service for approximately one year. Prior to that, I was a Crime and Intelligence Analyst with the Greeley Police Department in Greeley, Colorado, for approximately six years. I am currently stationed in Greeley, Colorado. As part of my daily duties as a HSI Special Agent, I am a cross designated Special Agent with sworn authority to investigate and enforce violations of various titles of the United States Code to include Title 8 (Aliens and Nationality), Title 18 (Crimes and Criminal Procedure), Title 21 (Food and Drugs), and Title 31 (Money and Finance).

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. This affidavit is submitted in support of an arrest warrant and criminal complaint charging Hugo ROMERO-RAIGOZA[1] with a date of birth of November 24, 1971, with Illegal Re-entry of a removed alien, in violation of Title 8 United States Code § 1326(a). I submit

---

[1] ROMERO-RAIGOZA has many AKAs, including: Hugo ALONSO, Juan CARO-RAYGOZA, Hugo RAIGOZA, Hugo RAMERO, Hugo RAMON-RAIGOZA, Hugo ROMERO, Hugo Alanozo ROMERO, Hugo Alonso ROMERO, Juan ROMERO, Hugo Alanozo ROMERO-RAIGOZA, Hugo Alonso ROMERO-RAIGOZA, Hugo A ROMERO-RAIGOZA, Hugoalanozo ROMERORAIGOZA and has also used dates of birth including November 21, 1971, November 24, 1970, and October 24, 1975.

that the facts below outline probable cause to believe that, on August 31, 2021, in the State and District of Colorado, Hugo ROMERO-RAIGOZA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about February 18, 2017, and returned to the United States without the express consent of proper legal authority to reapply for admission to the United States, all in violation of Title 8, United States Code, § 1326(a).

4. The Fort Collins Police Department arrested Hugo ROMERO-RAIGOZA on August 31, 2021, on an outstanding warrant for failure to appear. Fingerprints obtained upon the August 31, 2021, arrest by the Fort Collins Police Department matched immigration records for "Hugo ROMERO-RAIGOZA", a citizen of Mexico who was last removed from the United States on February 18, 2017. Since that arrest, Hugo ROMERO-RAIGOZA has been arrested four additional times, all within the County of Larimer, State of Colorado, where Hugo ROMERO-RAIGOZA is believed to be residing. ROMERO-RAIGOZA is still currently at large.

5. A review of immigration databases revealed the following:

- Hugo ROMERO-RAIGOZA (A 087 951 237) was ordered removed by Immigration Judge John W. Davis in Aurora, Colorado on December 16, 2013.
- On February 18, 2017, ROMERO-RAIGOZA was removed through the Nogales, Arizona, Port of Entry pursuant to that removal.

6. Database searches revealed no evidence that Hugo ROMERO-RAIGOZA had any contact with law enforcement anywhere in the United States between February 18, 2017, and August 31, 2021.

7. According to checks of immigration databases, Hugo ROMERO-RAIGOZA has applied for immigration benefits in the past, however, all applications and appeals were denied and no such applications or appeals are outstanding. ROMERO-RAIGOZA has not been granted permission to enter or remain in the United States.

I, Ian Hurt, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/ Ian Hurt*
Ian Hurt
Special Agent Homeland Security Investigations

Sworn to before me by reliable electronic means this 2nd day of June, 2026

N. Reid Neureiter

THE HON. N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Affidavit reviewed and submitted by Elizabeth Tonkin, Assistant United States Attorney.**